UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES MURRAY,

                Plaintiff,

                                                  Civil Action No.
                                                  9:05-CV-01579
        v.                                               (FJS/DEP)

GLENN S. GOORD, ROY A GIRDICH,
THEODORE ZERNIAK, TIMOTHY RAMSDELL,
JEREMY McGRAW, and BRUCE FORGOE,

                Defendants.

APPEARANCES:                                 OF COUNSEL:

**FOR PLAINTIFF**:

JAMES MURRAY, *pro se*
95-A-4417
Upstate Correctional Facility
P.O. Box 2001
Malone, NY   12953

**FOR DEFENDANTS**:

HON. ANDREW M. CUOMO                CHARLES J. QUACKENBUSH, ESQ.
Attorney General of                          Assistant Attorney General
the State of New York
The Capitol
Albany, New York   12224

**FREDERICK J. SCULLIN, JR., S.J.:**

## **ORDER**

      Currently before the Court is the Report and Recommendation of Magistrate Judge David

E. Peebles filed July 8, 2009 to which the parties have not filed any objections. On July 20, 2009, Senior Judge Frederick J. Scullin extended the plaintiff's deadline to submit objections to Magistrate Judge Peebles' Report and Recommendation to on or before October 13, 2009. Thereafter, plaintiff has filed no objections to said Report and Recommendation. Accordingly, the Court having reviewed the Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report and Recommendation of Magistrate Judge David E. Peebles filed July 8, 2009 is **ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that defendants' motion for summary judgment is **GRANTED,** and the Court further

**ORDERS** that plaintiff's complaint is **DISMISSED** in its entirety, and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of defendants and close this case.

**IT IS SO ORDERED**.

DATED:  October 19, 2009
        Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge